IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

PEDRO GARCIA,

                Petitioner,

v.

LIZZIE TEGELS, Warden,
Jackson Correctional Institution,

                Respondent.

ORDER

14-cv-898-wmc

---

State inmate Pedro Garcia petitions for a writ of habeas corpus under 28 U.S.C. § 2254 to challenge a 2009 judgment of conviction from Walworth County Circuit Court. On January 29, 2015, the court directed Garcia to show cause in writing within thirty days why his petition should not be dismissed as barred by the one-year statute of limitations found in 28 U.S.C. § 2244(d)(1) and, alternatively, by the doctrine of procedural default. Garcia was advised that any failure to respond would result in dismissal without further notice under Fed. R. Civ. P. 41(b). To date, Garcia has not filed a response and his time to do so has expired. Accordingly,

IT IS ORDERED that the petition for a writ of habeas corpus filed by state inmate Pedro Garcia is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(b). No certificate of appealability will issue from this decision.

Entered this 11th day of March, 2015.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge