IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PEDRO GARCIA,

      Petitioner,                           JUDGMENT IN A CIVIL CASE

v.                                      Case No. 14-cv-898-wmc

LIZZIE TEGELS,

      Respondent.

This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing Pedro Garcia's petition for a writ of habeas corpus under 28 U.S.C. § 2254 with prejudice pursuant to Fed. R. Civ. P. 41 (b).

/s/                                    3/11/2015

Peter Oppeneer, Clerk of Court                Date